STATE v. JOHN MANLEY SHERRER.

(Filed 19 September, 1956.)

APPEAL by defendant from *Nettles, J.,* at May 1956 Term, of RUTHERFORD.

Criminal prosecution upon a bill of indictment charging defendant in three counts with (1) felonious breaking and entering a building occupied by Matheny Motor Company with intent to steal merchandise of said company, (2) larceny of goods, etc., of said company, and (3) receiving stolen property, knowing it to have been stolen,—submitted to the jury upon the first and second counts.

---

WOOLARD v. SMITH.

---

Verdict: Guilty of larceny, as charged, guilty in both counts as charged in the bill of indictment.

Judgment: Imprisonment on each count, sentences to run consecutively—from which defendant appeals to Supreme Court and assigns error.

*Attorney-General Rodman and Assistant Attorney-General McGalliard for the State.*

*Hamrick & Hamrick for Defendant Appellant.*

PER CURIAM. A careful consideration of each and all of the assignments of error brought up by defendant on this appeal fails to present any new question of law which requires express treatment, and prejudicial error is not shown. Hence in the judgment from which appeal is taken, there is

No error.

JOHNSON, J., not sitting.

RODMAN, J., took no part in the consideration or decision of this case.